IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACOB WESLEY SCOTT,

    Plaintiff,

v.                                                       CASE NO. 4:04-cv-00009-MP-AK

GLENDA COOK, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 54, Report and Recommendations of the Magistrate Judge, recommending that Defendants' motion to dismiss, Doc. 51, be granted, and Plaintiff's amended complaint, Doc. 16, be dismissed for failure to state a cause of action for which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The report was signed by the Magistrate on Friday, October 14, 2005. A copy of the report was mailed to the Plaintiff, but was returned to the Court as non-deliverable since Plaintiff is no longer in custody. The Plaintiff has not provided any forwarding address information.

Therefore, having considered the Report and Recommendation, as well as Plaintiff's failure to keep the Court informed of his current address, I have determined that the Report and Recommendation should be ADOPTED.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    Defendants' motion to dismiss, Doc. 51, is granted.

3. Plaintiff's amended complaint, Doc. 16, is dismissed for failure to state a cause of action for which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)

**DONE AND ORDERED** this   *15th* day of November, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge